(82 South. 893)

GREEN v. DRENNEN. (6 Div. 869.) (Supreme Court of Alabama. June 5, 1919.) Appeal from Circuit Court, Jefferson County; H. A. Sharpe, Judge. Coleman & Coleman, of Birmingham, for appellant. Gaston & Drennen, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed at cost of appellee.

(84 South. 924)

Ex parte GREIL BROS. CO. (3 Div. 439.) (Supreme Court of Alabama. Jan. 15, 1920.) Certiorari to Court of Appeals. Steiner, Crum & Weil, of Montgomery, for appellant. Rushton, Williams & Crenshaw, of Montgomery, for appellee.

McCLELLAN, J. Petition by Greil Bros. Company for certiorari to Court of Appeals to review and revise judgment of said court, reversing and rendering the appeal of Farmers' Exchange Bank v. Greil Bros. Co., 84 South. 427. Writ denied.

(83 South. 926)

GULF FISHERIES, Inc., et al. v. STATE. (1 Div. 113.) (Supreme Court of Alabama. Nov. 13, 1919.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Tisdale J. Trouart, of Mobile, for appellants. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed for want of prosecution.

(84 South. 924)

HARRIS v. ADVERTISER CO. (5 Div. 738.) (Supreme Court of Alabama. Nov. 27, 1919.) Appeal from Circuit Court, Chilton County; Leon McCord, Judge. J. B. Atkinson, of Clanton, for appellant. Steiner, Crum & Weil, of Montgomery, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(82 South. 894)

Ex parte HARTSELLE. (8 Div. 191.) (Supreme Court of Alabama. May 22, 1919.) Certiorari to Court of Appeals. Wert & Lynne, of Decatur, for appellant.

PER CURIAM. Petition dismissed for noncompliance with amended Supreme Court rule 42 (198 Ala. 1, 77 South. vii) as to certificate of service of copy of brief upon counsel on the other side.

(83 South. 926)

HENDERSON SHIP BLDG. CO. v. DENNIS. (1 Div. 111.) (Supreme Court of Alabama. Nov. 11, 1919.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

PER CURIAM. Appeal dismissed on motion of appellant.

(84 South. 924)

ILLINOIS CENT. R. CO. v. DODD. (6 Div. 916.) (Supreme Court of Alabama. Nov. 27, 1919.) Appeal from Circuit Court, Winston County; J. J. Curtis, Judge. W. C. Davis, of Jasper, and Percy, Benners & Burr, of Birmingham, for appellant. R. L. Blanton, of Jasper, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(82 South. 894)

INTER–SOUTHERN LIFE INS. CO. v. STATE. (3 Div. 393.) (Supreme Court of Alabama. May 15, 1919.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge. Helm Bruce, of Louisville, Ky., and Jones, Thomas & Field, of Montgomery, for appellant. J. Q. Smith, Atty. Gen., and Lawrence E. Brown, Asst. Atty. Gen., for the State.

PER CURIAM. Affirmed by agreement of parties.

(82 South. 894)

IRWIN v. SHOEMAKER et al. (3 Div. 411.) (Supreme Court of Alabama. June 12, 1919.) Appeal from Circuit Court, Conecuh County; A. E. Gamble, Judge. Hybart, Hare & Ratcliffe, of Monroeville, for appellant. J. S. Stearns and Hamilton & Page, all of Evergreen, for appellees.

PER CURIAM. Appeal dismissed by appellant.

(83 South. 927)

JONES et al. v. COMMISSIONERS' COURT OF CALHOUN COUNTY et al. (7 Div. 50.) (Supreme Court of Alabama. Nov. 20, 1919.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. Action between B. F. Jones and others and the Commissioners' Court of Calhoun County and others. From a decree adverse to Jones and his coparties, they appeal. Affirmed. Willett & Walker, of Anniston, for appellants. J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for appellees.

BROWN, J. The questions presented by this appeal were considered, and decided contrary to appellants' contentions, in Dodd et al. v. Commissioners' Court of St. Clair County et al., ante, p. 271, 82 South. 521, and on the authority of that case the order appealed from must be affirmed. Affirmed.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

(82 South. 894)

Ex parte KING. (8 Div. 199.) (Supreme Court of Alabama. June 26, 1919.) Certiorari to Court of Appeals. William Stell, of Russellville, for appellant.

PER CURIAM. Petition of T. B. King for certiorari to the Court of Appeals to review and revise the judgment of said court rendered in the case of T. B. King v. Dearing-Orman Mercantile Co., 81 South. 861. Writ denied.

(84 South. 925)

KING v. STATE. (6 Div. 900.) (Supreme Court of Alabama. Nov. 27, 1919.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of the Attorney General.